```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                            ALBNY DIVISION
```

AMERICAN INDIAN MOVEMENT and            *
DR. REV. REDELK IRONHORSE
THOMAS,                                 *

      Plaintiffs                *

vs.                                     *
                                    CASE NO. 1:06-CV-17 (CDL)
JUDITH M. SONNTAG, et al.,              *

      Defendants                *

## O R D E R

The Court adopts the recommendation of the Magistrate Judge that Plaintiffs not be permitted to proceed in forma pauperis. Accordingly, Plaintiffs are ordered to pay the filing fee within thirty days of the date of this Order. If they fail to do so, Plaintiffs' Complaint shall be dismissed.

IT IS SO ORDERED, this 28th day June, 2006.

                                        /s/ Clay D. Land
                                            CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE