IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

AMERICAN INDIAN MOVEMENT,  *
DR. REV. REDELK IRONHORSE,
                           *
    Plaintiffs
                           *
vs.
                           *   CASE NO. 1:06-CV-17 (CDL)
JUDITH M. SONNTAG, et al.,
                           *
    Defendants
_____ *

ORDER OF DISMISSAL

    In the case above identified Plaintiffs have failed to comply with an Order filed June 29, 2006 directing them to pay the $350.00 filing fee.  Therefore, the Complaint is dismissed for failure to pay the filing fee.

    IT IS SO ORDERED, this 11th day of August, 2006.

                                  S/Clay D. Land
                                    CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE